UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **22-21689-CIV-MARTINEZ**

VICTOR ARIZA,

    Plaintiff,

v.

DESIGN WITHIN REACH, INC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the Parties' Stipulation of Voluntary Dismissal With Prejudice, (ECF No. 16). Accordingly, it is:

**ORDERED and ADJUDGED** that this action is **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to mark this case as **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 31 day of January, 2023

                                                                       _____
                                                                       JOSE E. MARTINEZ
                                                                       UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record